

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-77,028

**BRITTANY MARLOWE HOLBERG, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON DIRECT APPEAL FROM THE DENIAL OF APPELLANT'S MOTION FOR
ORDER TO ARRANGE SECURE TRANSFER OF HOLBERG FOR
NEUROIMAGING TESTING FILED IN CAUSE NO. 11492C
IN THE 251ST DISTRICT COURT
RANDALL COUNTY**

*Per Curiam*.

## O P I N I O N

This is a direct appeal of the denial of appellant's motion for an order to arrange secure transfer of appellant for neuroimaging testing filed in the 251st District Court of Randall County, Cause No. 11492C, styled The State of Texas v. Brittany Marlowe Holberg. Appellant has now filed a notice "withdraw[ing] her appeal" of this ruling. The appeal is, therefore, dismissed.

Do not publish
Delivered:    January 15, 2014